IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

DENNIS PETRALINE, :
:
      Petitioner :
:
  v. : CIVIL NO. 4:CV-14-1670
:
WARDEN, SCI-ROCKVIEW, : (Judge Brann)
:
      Respondent :

## **ORDER**

July 31, 2015

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. Respondent's motion to dismiss (Doc. 9) is **GRANTED**.

2. Petraline's habeas corpus petition is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state remedies.

3. The Clerk of Court is directed to **CLOSE** this case.

4. Based on the Court's conclusion herein, there is no basis for the issuance of a certificate of appealability.

BY THE COURT:

  s/Matthew W. Brann  
Matthew W. Brann
United States District Judge